

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2022

No. 04-22-00542-CR

Kerwin B. **BRYANT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR12429
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant Kerwin Bernard Bryant seeks to appeal the trial court's judgment of conviction. A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A review of the record shows the trial court imposed sentence on April 19, 2022, and because Bryant did not file a motion for new trial, his notice of appeal was due by May 19, 2022 or a notice and motion for extension of time was due fifteen days later. *See* Tex. R. App. P. 26.2(a)(1), 26.3. However, Bryant did not file his notice of appeal until July 28, 2022, and there is nothing in the record indicating he filed a motion for extension of time. *See* Tex. R. App. P. R. 26.3.

Accordingly, it appears the notice of appeal is untimely filed. We therefore **order** appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction **by October 7, 2022**. *See Taylor*, 424 S.W.3d at 43; *Olivo*, 918 S.W.2d at 522; *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (out-of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure). If appellant fails to respond to this order by the date ordered, this appeal will be dismissed for lack of jurisdiction. *See* Tex. R. App. P. 42.3. If a supplemental clerk's record is necessary to show this court's jurisdiction, appellant has the burden to request the trial court clerk to prepare the record, identifying the additional pleadings and orders requested, and must file a copy of any such request with this court. All other appellate deadlines are suspended until further order of this court.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2022.

Michael A. Cruz,
Clerk of Court